Nos. 242 and 243. PHILADELPHIA COMPANY ET AL. *v.* DIPPLE ET AL. October 14, 1940. Petition for writs of

certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. W. A. Seifert, Lee C. Beatty,* and *Hill Burgwin* for petitioners. *Mr. A. E. Kountz* for respondents.